No. 94–8467.  EDWARDS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 94–8481.  BURGESS *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 94–8487.  PALERMO ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–8510.  BADEAUX *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–8516.  GREER *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 94–8525.  GUTIERREZ-ROMERO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–8587.  LEVI *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 94–8675.  BLACKSTON *v.* BECKER, JUDGE, UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–8678.  MEJIA-HERRERA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–8722.  ROBERTS *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 94–8844.  BUSCH *v.* NIX ET AL.  Sup. Ct. Pa.  Certiorari denied.

No. 94–8846.  JACOBS *v.* SUPREME COURT OF MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 94–8847.  JENNINGS *v.* REYNOLDS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–8848.  REED *v.* SHELBY COUNTY GOVERNMENT ET AL. C. A. 6th Cir.  Certiorari denied.

No. 94–8852.  McGAUTHA *v.* JACKSON COUNTY, MISSOURI. C. A. 8th Cir.  Certiorari denied.